

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00287-CV

**GOING FORWARD, INC.**,
Appellant

v.

**S&S PLUMBING CONTRACTORS, LLC**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI17293
Honorable Tina Torres, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We order appellant to pay the costs of this appeal.

SIGNED November 13, 2024.

_____
Beth Watkins, Justice